In the

# United States Court of Appeals

## For the Seventh Circuit

———————————

No. 14-1284

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

*v.*

ADEL DAOUD,

*Defendant-Appellee.*

———————————

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division.
No. 12 CR 723 — **Sharon Johnson Coleman**, *Judge*.

———————————

ARGUED JUNE 4 & JUNE 9, 2014 — DECIDED JUNE 16, 2014

SUPPLEMENTAL CLASSIFIED OPINION DECIDED JULY 14, 2014

———————————

Before POSNER, KANNE, and ROVNER, *Circuit Judges*.

POSNER, *Circuit Judge*.